```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ROY LENNOX,

                Plaintiff,

- against -

CHUBB NATIONAL INSURANCE COMPANY,

                Defendant.

24-cv-1397 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The plaintiff may file an amended complaint by **May 17, 2024**. The time for the defendant to move or answer with respect to the amended complaint is **June 7, 2024**. If there is a motion to dismiss, the plaintiff may respond by **June 28, 2024**. The defendant may reply by **July 15, 2024**.

SO ORDERED.

Dated:    New York, New York
            May 6, 2024

                                              John G. Koeltl
                                       United States District Judge