UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROY LENNOX,  24-cv-1397 (JGK)

        Plaintiff,  ORDER

     - against -

CHUBB NATIONAL INSURANCE COMPANY,

        Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument in connection with the defendant's motion to dismiss on **Tuesday, December 10, 2024, at 2:30 p.m.** in Courtroom 14A of the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    New York, New York
           November 26, 2024

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                        United States District Judge