UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROY LENNOX,

                    Plaintiff,

        - against -                          24-cv-1397 (JGK)

CHUBB NATIONAL INSURANCE COMPANY,            ORDER

                    Defendant.

---

JOHN G. KOELTL, District Judge:

    The oral argument scheduled for December 10, 2024, is

adjourned to **Tuesday, January 14, 2025**, at **3:00 p.m.** in

Courtroom 14A of the United States Courthouse, 500 Pearl Street,

New York, New York.

SO ORDERED.

Dated:    New York, New York
          December 4, 2024

                                    _____
                                          John G. Koeltl
                                    United States District Judge