**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROY LENNOX,

                Plaintiff,

-against-　　　　　　　　　　　　　　　　　　24 **CIVIL** 1397 (JGK)

　　　　　　　　　　　　　　　　　　　　　　**JUDGMENT**

CHUBB NATIONAL INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 16, 2025, the defendant's motion to dismiss is granted. Judgment entered dismissing the complaint with prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

      January 16, 2025

　　　　　　　　　　　　　　　　　　　　　　　**TAMMI M. HELLWIG**
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**Clerk of Court**

　　　　　　　　　　　　　　　**BY:**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**